1  Gregory B. Thomas (SBN 239870)
   E-mail: gthomas@bwslaw.com
2  Temitayo O. Peters (SBN 309913)
   E-mail: tpeters@bwslaw.com
3  Jasper L. Hall (SBN 341113)
   E-mail: jhall@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
5  Oakland, California 94612-3520
   Tel: 510.273.8780    Fax: 510.839.9104
6
   Attorneys for Defendants GREGORY J. AHERN,
7  COLBY D. STAYSA, and COUNTY OF
   ALAMEDA
8

9                    UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12  ANTI POLICE-TERROR PROJECT,          | Case No. 3:22-cv-02600-JD
    COMMUNITY READY CORPS, SEAN          |
    CANADAY, MICHAEL COHEN, ANDREA       | **STIPULATION FOR DISMISSAL**
13  COSTANZO, LINDSEY FILOWITZ,          |
    DANIELLE GAITO, KATIE JOHNSON,       | Judge:   District Judge James Donato
14  JENNIFER LI, IAN McDONNELL,          |
    MELISSA MIYARA, LEILA MOTTLEY,       | Trial Date:       May 10, 2023
15  MARIA RAMIREZ, AKIL RILEY,           |
    MANUEL RILEY, AARON                  |
16  ROGACHEVSKY, CHRISTINA STEWART,      |
    TAYAH STEWART, KATHARINE             |
17  SUGRUE, CELESTE WONG, and            |
    QIAOCHU ZHANG; on behalf of themselves |
18  and similarly situated individuals,  |

19              Plaintiffs,

20        v.

21  GREGORY J. AHERN, COLBY D.
    STAYSA, and COUNTY OF ALAMEDA,
22
                Defendants.
23

24

25        Plaintiffs ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, SEAN

26  CANADAY, MICHAEL COHEN, ANDREA COSTANZO, LINDSEY FILOWITZ, DANIELLE

27  GAITO, KATIE JOHNSON, JENNIFER LI, IAN McDONNELL, MELISSA MIYARA, LEILA

28  MOTTLEY, MARIA RAMIREZ, AKIL RILEY, MANUEL RILEY, AARON ROGACHEVSKY,

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

1  CHRISTINA STEWART, TAYAH STEWART, KATHARINE SUGRUE, CELESTE WONG,

2  and QIAOCHU ZHANG; on behalf of themselves and similarly situated individuals ("Plaintiffs")

3  and Defendants GREGORY J. AHERN, COLBY D. STAYSA, and COUNTY OF ALAMEDA

4  ("Defendants") (collectively "the Parties"), by and through their respective counsel of record,

5  stipulate as follows:

6       WHEREAS, the Parties have reached a complete settlement, set forth in the Settlement

7  Agreement attached hereto as Exhibit 1;

8       WHEREAS, Plaintiffs and Defendants agreed that the Court shall retain jurisdiction to

9  enforce the terms of the Settlement Agreement for a five-year period, and consent to Magistrate

10 Judge Beeler's jurisdiction for that purpose;

11      NOW, THEREFORE, the foregoing terms are hereby STIPULATED AND AGREED, by

12 and among the Parties, through their respective counsel, and the Parties respectfully request that

13 the Court enter the proposed stipulated Order of Dismissal.

14      **IT IS SO STIPULATED.**

15 Dated:  August 21, 2024               LAW OFFICE OF WALTER RILEY

16

17                                      By:      */s/ Walter Riley*
18                                          Walter Riley
                                            Attorneys for Plaintiffs
19

20 Dated:  August 21, 2024               SIEGEL, YEE, BRUNNER & MEHTA

21

22                                      By:      */s/ Dan Siegel*
23                                          Dan Siegel, Esq.
                                            Jane Brunner, Esq.
24                                          Emilyrose Johns, Esq.
                                            Andrew Chan Kim, Esq.
25                                          Attorneys for Plaintiffs

26

27               [ADDITIONAL SIGNATURES ON NEXT PAGE]

28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
OAKLAND

4891-7545-6471 v1                          2                    Case No. 3:22-cv-02600-JD
                                                               STIPULATION FOR DISMISSAL

Burke, Williams &
Sorensen, LLP
Attorneys at Law
Oakland

1    Dated:  August 21, 2024                    BURKE, WILLIAMS & SORENSEN, LLP

2

3                                               By:        */s/ Gregory B. Thomas*
                                                           _____
4                                                          Gregory B. Thomas
                                                           Temitayo O. Peters
5                                                          Jasper L. Hall
                                                           Attorneys for Defendants GREGORY J.
6                                                          AHERN, COLBY D. STAYSA, and
                                                           COUNTY OF ALAMEDA
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4891-7545-6471 v1                            3                   Case No. 3:22-cv-02600-JD
                                                                 STIPULATION FOR DISMISSAL