1  Gregory B. Thomas (SBN 239870)
   E-mail: gthomas@bwslaw.com
2  Temitayo O. Peters (SBN 309913)
   E-mail: tpeters@bwslaw.com
3  Jasper L. Hall (SBN 341113)
   E-mail: jhall@bwslaw.com
4  BURKE, WILLIAMS & SORENSEN, LLP
   1999 Harrison Street, Suite 1650
5  Oakland, California 94612-3520
   Tel: 510.273.8780   Fax: 510.839.9104
6
   Attorneys for Defendants GREGORY J. AHERN,
7  COLBY D. STAYSA, and COUNTY OF
   ALAMEDA
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, SEAN CANADAY, MICHAEL COHEN, ANDREA COSTANZO, LINDSEY FILOWITZ, DANIELLE GAITO, KATIE JOHNSON, JENNIFER LI, IAN McDONNELL, MELISSA MIYARA, LEILA MOTTLEY, MARIA RAMIREZ, AKIL RILEY, MANUEL RILEY, AARON ROGACHEVSKY, CHRISTINA STEWART, TAYAH STEWART, KATHARINE SUGRUE, CELESTE WONG, and QIAOCHU ZHANG; on behalf of themselves and similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> GREGORY J. AHERN, COLBY D. STAYSA, and COUNTY OF ALAMEDA, <br><br> Defendants. | Case No. 3:22-cv-02600-JD <br><br> **STIPULATION FOR DISMISSAL** <br><br> Judge:   District Judge James Donato <br><br> Trial Date:      May 10, 2023 |

Plaintiffs ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, SEAN CANADAY, MICHAEL COHEN, ANDREA COSTANZO, LINDSEY FILOWITZ, DANIELLE GAITO, KATIE JOHNSON, JENNIFER LI, IAN McDONNELL, MELISSA MIYARA, LEILA MOTTLEY, MARIA RAMIREZ, AKIL RILEY, MANUEL RILEY, AARON ROGACHEVSKY,

1  CHRISTINA STEWART, TAYAH STEWART, KATHARINE SUGRUE, CELESTE WONG,
2  and QIAOCHU ZHANG; on behalf of themselves and similarly situated individuals ("Plaintiffs")
3  and Defendants GREGORY J. AHERN, COLBY D. STAYSA, and COUNTY OF ALAMEDA
4  ("Defendants") (collectively "the Parties"), by and through their respective counsel of record,
5  stipulate as follows:
6      WHEREAS, the Parties have reached a complete settlement, set forth in the Settlement
7  Agreement attached hereto as Exhibit 1;
8      WHEREAS, Plaintiffs and Defendants agreed that the Court shall retain jurisdiction to
9  enforce the terms of the Settlement Agreement for a five-year period, and consent to Magistrate
10 Judge Beeler's jurisdiction for that purpose;
11     NOW, THEREFORE, the foregoing terms are hereby STIPULATED AND AGREED, by
12 and among the Parties, through their respective counsel, and the Parties respectfully request that
13 the Court enter the proposed stipulated Order of Dismissal.
14     **IT IS SO STIPULATED.**

15 Dated: August 21, 2024                 LAW OFFICE OF WALTER RILEY

17                                        By:  ___*/s/ Walter Riley*___
18                                              Walter Riley
19                                              Attorneys for Plaintiffs

20 Dated: August 21, 2024                 SIEGEL, YEE, BRUNNER & MEHTA

22                                        By:  ___*/s/ Dan Siegel*___
23                                              Dan Siegel, Esq.
                                                Jane Brunner, Esq.
24                                              Emilyrose Johns, Esq.
                                                Andrew Chan Kim, Esq.
25                                              Attorneys for Plaintiffs

27                 [ADDITIONAL SIGNATURES ON NEXT PAGE]

1  Dated: August 21, 2024                          BURKE, WILLIAMS & SORENSEN, LLP

                                                   By:      */s/ Gregory B. Thomas*
                                                         Gregory B. Thomas
                                                         Temitayo O. Peters
                                                         Jasper L. Hall
                                                         Attorneys for Defendants GREGORY J.
                                                         AHERN, COLBY D. STAYSA, and
                                                         COUNTY OF ALAMEDA

Gregory B. Thomas (SBN 239870)
E-mail: gthomas@bwslaw.com
Temitayo O. Peters (SBN 309913)
E-mail: tpeters@bwslaw.com
Jasper L. Hall (SBN 341113)
E-mail: jhall@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, California 94612-3520
Tel: 510.273.8780   Fax: 510.839.9104

Attorneys for Defendants GREGORY J. AHERN, COLBY D. STAYSA, and COUNTY OF ALAMEDA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTI POLICE-TERROR PROJECT, COMMUNITY READY CORPS, SEAN CANADAY, MICHAEL COHEN, ANDREA COSTANZO, LINDSEY FILOWITZ, DANIELLE GAITO, KATIE JOHNSON, JENNIFER LI, IAN McDONNELL, MELISSA MIYARA, LEILA MOTTLEY, MARIA RAMIREZ, AKIL RILEY, MANUEL RILEY, AARON ROGACHEVSKY, CHRISTINA STEWART, TAYAH STEWART, KATHARINE SUGRUE, CELESTE WONG, and QIAOCHU ZHANG; on behalf of themselves and similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>GREGORY J. AHERN, COLBY D. STAYSA, and COUNTY OF ALAMEDA,<br><br>Defendants. | Case No. 3:22-cv-02600-JD<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>Judge:   District Judge James Donato<br><br>Trial Date:   May 10, 2023 |

1  Pursuant to the stipulation of the parties, and good cause appearing therefore, the Court
2  hereby dismisses the within action with prejudice, subject to the continuing jurisdiction of the
3  Court to enforce the Settlement Agreement, for five years from the date of this Order. The
4  matter is referred to Magistrate Judge Beeler for that purpose. The parties shall bear their own
5  fees and costs.

6  **IT IS SO ORDERED.**

8  Dated: December 19, 2024

_____
The Honorable James Donato
Judge of the United States District Court
Northern District of California